DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KAREN C. YEH HO,**
Appellant,

v.

**WILLIAM YEH,**
Appellee.

Nos. 4D18-2245, 4D18-2902
& 4D18-2904

[July 3, 2019]

Consolidated appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kathleen J. Kroll and Scott Suskauer, Judges; L.T. Case Nos. 50-2016-GA-000305-XXXX-NB, 50-2017-CP-000861-XXXX-NB and 50-2017-CP-000866-XXXX-NB.

Karen C. Yeh Ho, West Palm Beach, pro se.

William E. Boyes of Boyes, Farina & Matwiczyk, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN, JJ., and SINGHAL, RAAG, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***